NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STEPHEN RICHARD WEIDMAN,
DC #S29832,

   Appellant,

v.

           Case No.  2D18-1490

STATE OF FLORIDA,

   Appellee.

_____

Opinion filed August 23, 2019.

Appeal from the Circuit Court for Manatee
County; Susan B. Maulucci, Judge.

Howard L. Dimmig, II, Public Defender,
and Ivy R. Ginsberg, Special Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Allison C. Heim,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


    Affirmed.


LaROSE, MORRIS, and SLEET, JJ., Concur.